# United States District Court
### Central District of Illinois

# JUDGMENT IN A CIVIL CASE

**JEFFREY WHITE**
**Plaintiff**

vs.  Case Number:  **07-2112**

**DONALD HULICK**
**Respondent.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition under 28 U.S.C. §2254 is denied.  This case is terminated.

ENTER this 12th day of June 2008.

s/PAMELA E. ROBINSON, CLERK
PAMELA E. ROBINSON, CLERK

s/K. Wynn
BY:  DEPUTY CLERK